ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Jul-06 16:32:17
60CV-17-3421
C06D17 : 3 Pages

# IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## 17ᵗʰ DIVISION

ROBIN PAULSON, Individually and as
EXECUTRIX OF THE ESTATE OF
MICHAEL E. PAULSON, Deceased                          PLAINTIFF

VS.                          CASE NO.: 60CV-17- 3421

PRINCIPAL FINANCIAL SERVICES, INC.;
CHARLES SCHWAB & CO., INC.;
CLAUDIA A. PAULSON;
PAUL I. PAULSON; and
JOSEPH M. PAULSON                          DEFENDANTS

## COMPLAINT

Plaintiff, by and through counsel, for her Complaint states:

1.    Plaintiff is an individual and resident of Walton County, Florida.  She is also the

Executrix of the Estate of Michael E. Paulson, which is pending in Pulaski County, Arkansas;

Pulaski County Circuit Case No. 60PR-17-756.

2.    Defendant Principal Financial Services, Inc. ("Principal") is an Iowa corporation

doing business in and throughout Arkansas, particularly Pulaski County.

3.    Defendant Charles Schwab & Co., Inc. ("Schwab") is California corporation

doing business in and throughout Arkansas, particularly Pulaski County.

4.    Claudia A. Paulson is believed to be an individual and resident of Oklahoma.

5.    Paul I. Paulson is believed to be an individual and resident of Oklahoma.

6.    Joseph M. Paulson is believed to be an individual and resident of Oklahoma.

7.    Jurisdiction and venue are proper with this Court.

8.    At the time of his death, Decedent Michael E. Paulson had as account with

defendant Principal (account ending in 3177).  Principal contends that Decedent had completed a

beneficiary form in 1988 and listed defendant Claudia Paulson as the primary beneficiary.

However, decedent and Claudia Paulson were divorced on June 10, 2004. Pursuant to the divorce decree, decedent was awarded all right, title and interest to his retirement and investment accounts. Defendant Claudia Paulson was completely divested of any claim she might have to the decedent's retirement and investment accounts.

9.      At the time of his death, Decedent Michael E. Paulson had an account with defendant Schwab (accounting ending in 441). Schwab contends that Decedent had completed a beneficiary form prior to June 2004) and listed defendant Claudia Paulson as the primary beneficiary. However, decedent and Claudia Paulson were divorced on June 10, 2004. Pursuant to the divorce decree, decedent was awarded all right, title and interest to his retirement and investment accounts. Defendant Claudia Paulson was completely divested of any claim she might have to the decedent's retirement and investment accounts.

10.      Despite demand to do so, Principal and Schwab have failed and refused to pay over to plaintiffs the amounts contained in the respective accounts.

11.      Defendant Paul I. Paulson is named herein as he might claim some interest in the subject accounts. However, said defendant's claim is inferior to the claim of plaintiffs.

12.      Defendant Joseph M. Paulson is named herein as he might claim some interest in the subject accounts. However, said defendant's claim is inferior to the claim of plaintiffs.

13.      Plaintiffs seek a judgment declaring that plaintiffs are entitled to the subject accounts and separate defendants Claudia Paulson, Paul I. Paulson and Joseph M. Paulson are not entitled to any portion of the subject accounts.

14.      Plaintiffs further seek an Order requiring defendants Schwab and Principal to pay over the balances of the subject accounts to plaintiff.

15.      Plaintiffs should be awarded attorneys fees and courts costs.

WHEREFORE, Plaintiffs pray for judgment in plaintiffs favor for the relief set forth above;  for

attorney's fees and court costs, and for all other just and proper relied to which they are entitled.


Respectfully submitted,

/s/Danny R. Crabtree
Danny R. Crabtree (2004006)
Attorney at Law
114 S. Pulaski Street
Little Rock, Arkansas 72201
(501) 372-0080
danny.crabtree@sbcglobal.net

**DANNY R. CRABTREE**
**ATTORNEY AT LAW**
**114 S PULASKI STREET**
**LITTLE ROCK, AR 72201**



CERTIFIED MAIL

7015 3010 0001 7531 0415

Principal Financial Services, Inc.
c/o  Karen E. Shaff, Reg. Agent
711 High Street
Des Moines IA 50392-0001



$11.72
US POSTAGE
FIRST-CLASS
FROM 72201
JUL 07 2017
stamps.com

12 REC'D AT 12
JUL 11 2017
PRINCIPAL FINANCIAL GROUP