# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ROBIN PAULSON, Individually and as Executrix of the Estate of MICHAEL E. PAULSON,<br>　　　　PLAINTIFF<br><br>V.<br><br>PRINCIPAL FINANCIAL SERVICES, INC., ET AL.<br>　　　　DEFENDANTS | CASE NO. 4:17CV00505 SWW |

## **ORDER**

Before the Court is Plaintiff's notice of voluntary dismissal [ECF No. 9]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the motion is GRANTED. This action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 13TH DAY OF NOVEMBER, 2017.

　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE